SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
FREDDY IZAGUIRRE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY IZAGUIRRE,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUKAT SHAMSUDDIN HAJIDAMJI D/B/A TORRANCE INDUSTRIAL HARDWARE; DAJI LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:26-cv-00609-SB-PD<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff FREDDY IZAGUIRRE ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: February 12, 2026          **SO. CAL EQUAL ACCESS GROUP**


                                   _/s/ Jason J. Kim_
                                   JASON J. KIM
                                   Attorney for Plaintiff